```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JOSE BRAVO-BECERRA
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00066-MCE |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
|  | ) |
| JOSE BRAVO-BECERRA, | ) |
|  | ) Date: April 10, 2007 |
|  | ) Time: 8:30 A.M. |
|  | ) Judge: Hon. Morrison C. England |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of March 27, 2007 be vacated and a new date of April 10, 2007 be set for status. The government has not yet provided discovery. Once discovery is provided, the defense will need time to review it and perform necessary investigation.

It is further stipulated and agreed between the parties that the period between March 27, 2007 and April 10, 2007, should be excluded in computing the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act for
2  defense preparation.  All parties stipulate and agree that this is an
3  appropriate exclusion of time within the meaning of Title 18, United
4  States Code, Section 3161(h)(8)(iv) (Local Code T4).
5  Dated: March 22, 2007

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                              /s/ Ned Smock
                                          NED SMOCK
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JOSE BRAVO-BECERRA

                                          MCGREGOR W. SCOTT
                                          United States Attorney

Dated:  March 22, 2007

                                          /s/ Ned Smock for Jason Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney

                                                 **ORDER**

**IT IS SO ORDERED.**

 Dated: March 23, 2007

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE