```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JOSE BRAVO-BECERRA
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00066-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JOSE BRAVO-BECERRA, | ) |
|  | ) Date: May 17, 2007 |
|  | ) Time: 9:00 A.M. |
|  | ) Judge: Hon. Morrison C. England |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 3, 2007 be vacated and a new date of May 17, 2007 be set for status. The government has provided audio and videotaped evidence. The defense is reviewing that evidence and needs additional time to look at the evidence with the defendant at the jail.

///

///

///

It is further stipulated and agreed between the parties that the period between May 3, 2007 and May 17, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: May 2, 2007

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender


                        /s/ Ned Smock
                    NED SMOCK
                    Assistant Federal Defender
                    Attorney for Defendant
                    JOSE BRAVO-BECERRA


                    MCGREGOR W. SCOTT
                    United States Attorney

Dated:  May 2, 2007

                    /s/ Ned Smock for Jason Hitt
                    JASON HITT
                    Assistant U.S. Attorney


                            **ORDER**

**IT IS SO ORDERED.**

 Dated: May 3, 2007

                    _____
                    MORRISON C. ENGLAND, JR.
                    UNITED STATES DISTRICT JUDGE