```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE BRAVO-BECERRA
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00066-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| JOSE BRAVO-BECERRA, ) | Date: June 7, 2007 |
| ) | Time: 9:00 A.M. |
| Defendant. ) | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 17, 2007 be vacated and a new date of June 7, 2007 be set for status. The defense has requested additional discovery and is in the midst of reviewing discovery provided thus far.

///

///

///

///

1      It is further stipulated and agreed between the parties that the
2  period between May 17, 2007 and June 7, 2007, should be excluded in
3  computing the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act for
5  defense preparation.  All parties stipulate and agree that this is an
6  appropriate exclusion of time within the meaning of Title 18, United
7  States Code, Section 3161(h)(8)(iv) (Local Code T4).
8  Dated: May 16, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                           /s/ Ned Smock
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOSE BRAVO-BECERRA


                                        MCGREGOR W. SCOTT
                                        United States Attorney

17 Dated:  May 16, 2007
                                        /s/ Ned Smock for Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


                           **ORDER**

21 **IT IS SO ORDERED.**

22  Dated: May 17, 2007

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE


Stipulation & Order                     2