1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE BRAVO-BECERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00066-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| JOSE BRAVO-BECERRA, | ) |
| | ) Date: July 19, 2007 |
| | ) Time: 9:00 A.M. |
| | ) Judge: Hon. Morrison C. England |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of June 14, 2007 be vacated and a new date of July 19, 2007 be set for status. The defense has requested additional discovery and is in the midst of reviewing discovery provided thus far. The defense has not yet received supplemental discovery promised by the government.

///

///

///

1     It is further stipulated and agreed between the parties that the period between June 14, 2007 and July 19, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: June 12, 2007

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                                /s/ Ned Smock
                              NED SMOCK
                              Assistant Federal Defender
                              Attorney for Defendant
                              JOSE BRAVO-BECERRA

                              MCGREGOR W. SCOTT
                              United States Attorney

Dated:  June 12, 2007

                              /s/ Ned Smock for Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney

                              **ORDER**

**IT IS SO ORDERED.**

Dated: June 14, 2007

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE